Name and Prisoner/Booking Number: Bradley James McClung / PQO 243723

Place of Confinement: South Placer Jail

Mailing Address: 11801 Go For Broke Rd.

City, State, Zip Code: Roseville, CA 95678

**FILED**

**OCT - 3 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

Bradley James McClung; and, Others Similarly Situated
(Full Name of Plaintiff)            Plaintiff,

v.

(1) California Board of State and Community Corrections
(Full Name of Defendant)
(2) South Placer Jail,
(3) Placer County,
(4)                              
                  Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:22 - CV 1740 - ____ DB PC
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: South Placer Jail / Roseville

## B. DEFENDANTS

1. Name of first Defendant: California Board of State and Community Corrections, The first Defendant is employed as:

_____ at _____.
(Position and Title)                        (Institution)

2. Name of second Defendant: South Placer Jail . The second Defendant is employed as:

_____ at _____.
(Position and Title)                        (Institution)

3. Name of third Defendant: Placer County . The third Defendant is employed as:

_____ at _____.
(Position and Title)                        (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:

_____ at _____.
(Position and Title)                        (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?     ☒ Yes     ☐ No

2. If yes, how many lawsuits have you filed? 7 . Describe the previous lawsuits:

  a. First prior lawsuit:
   1. Parties: Bradley James McClung v. Placer County Sheriff's Office
   2. Court and case number: Placer Co. Superior Court, 62-184146, 62-184544, 62-185347
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)
      Denied by ruling on Petition for Writ of Habeas Corpus.

  b. Second prior lawsuit:
   1. Parties: Bradley James McClung v. Placer County Sheriff's Office
   2. Court and case number: Placer Co. Superior Court, 62-184146, 62-184544, 62-185347
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)
      Denied by ruling on Petition for Writ of Habeas Corpus.

  c. Third prior lawsuit:
   1. Parties: Bradley James McClung v. Superior Court of California, County of Placer
   2. Court and case number: Placer Co. Superior Court, 62-184146, 62-184544, 62-185347
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)
      Denied by ruling on Petition for Writ of Habeas Corpus.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

(Previous Lawsuits, Continued)

d. Fourth Prior Lawsuit:

   1. Parties: Bradley James McClung v. Placer County Sheriff's Office.

   2. Court and Case #: Placer Co. Superior Court, W-HC-001801.

   3. Result: Pending.

e. Fifth Prior Lawsuit:

   1. Parties: Bradley James McClung v. Placer Co. Sheriff's Office; Wellpath.

   2. Court and case #: Placer Co. Superior Court, 62-284146/62-284544/62-185347.

   3. Result: Denied by ruling on Petition for Writ of Habeas Corpus.

f. Sixth Prior Lawsuit:

   1. Parties: Bradley James McClung v. Devon Bell, Sheriff, Placer County.

   2. Court and Case #: Placer Co. Superior Court, 62-284146/62-184544/62-185347.

   3. Result: Denied by ruling on Petition for Writ of Habeas Corpus.

g. Seventh Prior Lawsuit:

   1. Parties: Bradley James McClung v. Placer Co. Superior Court.

   2. Court and case #: California Court of Appeal, Third Appellate District, CQ9684

   3. Result: Denied

h. Eighth Prior Lawsuit:

   1. Parties: Bradley James McClung v. Placer County Superior Court

   2. Court and case #: Placer County Superior Court, Pending

   3. Result: Pending

-2-A-

## D.  CAUSE OF ACTION

### CLAIM I

1.  State the constitutional or other federal civil right that was violated: _The right to be free from punishment absent substantive due process of law._

2.  **Claim I**. Identify the issue involved. Check **only one**. State additional issues in separate claims.
    - ☐ Basic necessities
    - ☐ Disciplinary proceedings
    - ☐ Excessive force by an officer
    - ☐ Mail
    - ☐ Property
    - ☐ Threat to safety
    - ☐ Access to the court
    - ☐ Exercise of religion
    - ☒ Other: _Lock-down periods_
    - ☐ Medical care
    - ☐ Retaliation

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    South Placer Jail (SPJ), under leadership of the California Board of State and Community Corrections (CBSCC), maintains conditions for general population, pretrial, detainees as follows:
    a. Inmates are scheduled to be confined to a 6'x12', double-occupancy, cell (locked-down) for 19.5 hours per day.
    b. Telephones, social visiting terminals, digital tablets, information/ordering kiosks, showers and exercise areas are not accessible during lock-down.
    c. Educational programming participation may reduce daily lock-down to about 16.5 hours 1 to 2 times per week. Such programming is relevant to only a narrow scope of inmates.
    d. Other than listed above, there is, virtually, no other programming that reduces scheduled lock-down.
    e. Periods of lock-down, in excess of 24 hours, are frequent. Instances include: 7/8/22 to 7/10/22 - 35 hours; 9/3/22 to 9/4/22 - 26 hours; 9/23/22 to 9/25/22 - 35 hours.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
    Exacerbation of mental health symptoms. Physical ailments. Mood and emotional disturbances. Sensory deprivation. Limitation of recreational activities and social interaction.

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
    b.  Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
    c.  Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A

## CLAIM II

1.   State the constitutional or other federal civil right that was violated: _The right to be free from punishment absent substantive due process of law_.

2.   **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    ☐ Basic necessities          ☐ Mail              ☐ Access to the court        ☐ Medical care
    ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion       ☐ Retaliation
    ☐ Excessive force by an officer  ☐ Threat to safety  ☒ Other: _Sleep_____.

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_SPJ, under leadership of the CBSCC, maintains conditions for pretrial, general population, detainees as follows:_
_Daily, inmates are awakened at 0345 hours (Approx.) for medications, 0500 hours for breakfast, and 0700 hours for welfare-check/count._

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_Cognitive impairment. Exacerbation of mental health symptoms. Cognitive impairment. Mood and emotional disturbances._

5.   **Administrative Remedies.**
    a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                    ☒ Yes   ☐ No
    b.   Did you submit a request for administrative relief on Claim II?                    ☒ Yes   ☐ No
    c.   Did you appeal your request for relief on Claim II to the highest level?          ☒ Yes   ☐ No
    d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _N/A_____

4

**CLAIM III**

1.   State the constitutional or other federal civil right that was violated: _The right to be free from the infliction of cruel and unusual punishment._

2.   **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
- [ ] Basic necessities
- [ ] Mail
- [ ] Access to the court
- [ ] Medical care
- [ ] Disciplinary proceedings
- [ ] Property
- [ ] Exercise of religion
- [ ] Retaliation
- [ ] Excessive force by an officer
- [ ] Threat to safety
- [x] Other: _Food_

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_SPJ, under leadership of the CBSCC, maintains conditions for general population inmates as follows:_
_The amounts, and types, of protein served was significantly deficient from, at least, May 2022 to August 2022. Several grievances prompted an improvement to the meals. However, no such deprivations were admitted by SPJ._

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_Physical ailments. Exacerbation of mental health symptoms. Mood and emotional disturbances._

5.   **Administrative Remedies.**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [x] Yes [ ] No
   b.   Did you submit a request for administrative relief on Claim III? [x] Yes [ ] No
   c.   Did you appeal your request for relief on Claim III to the highest level? [x] Yes [ ] No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _N/A_

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

## CLAIM IV

1. The right to be free from coercion in participation of procedural due process of law.

2. Lock-down periods.

3. SPJ, under leadership of the CBSCC, maintains conditions for pretrial, general population, detainees as follows:

    a. Inmates are scheduled to be confined to a 6'x12', double-occupancy, cell (locked-down) for 19.5 hours per day.

    b. Telephones, social visitation terminals, digital tablets, information/ordering kiosks, showers and exercise areas are not accessible during lock-down.

    c. Educational programming participation may reduce daily lock-down to about 16.5 hours, 1 to 2 times per week. Such programming is relevant to only a narrow scope of inmates.

    d. Other than listed above, there is virtually no other programming that reduces daily scheduled lock-down.

    e. Periods of lock-down, in excess of 24 hours, are frequent. Instances include: 7/8/22 to 7/10/22 - 35 hours; 9/3/22 to 9/4/22 - 26 hours; 9/23/22 to 9/25/22 - 35 hours.

Typically, entering a guilty plea, swiftly, results in a transfer to better conditions: release, alternative sentencing, minimum security, or State prison.

4. Sensory deprivation. Exacerbation of mental health symptoms. Physical ailments. Mood and emotional disturbances.

5. a. Yes
   b. Yes
   c. Yes
   d. N/A

# CLAIM V

1. The right to have full use of cognitive faculties in participation of procedural due process of law.

2. Sleep.

3. SPJ, under leadership of the CBSCC, maintains conditions for pretrial, general population, detainees as follows: Daily, inmates are awakened at 0345 hours (Approx.) for medications, 0500 hours for breakfast, and 0700 hours for welfare-check/count.

   Typically, pretrial detainees are summoned for Court at about 0830 hours. Less commonly, 1300 hours.

4. Cognitive impairment: difficulty with memory, judgement, concentration and focus.

5. a. Yes
   b. Yes
   c. Yes
   d. N/A

## CLAIM VI

**1.** The right to be free from coercion in participation of procedural due process of law.

**2.** Food

**3.** SPJ, under leadership of the CBSCC, maintains conditions for pretrial, general population, detainees as follows:

  a. The amount, and types, of protein served was significantly deficient from, at least, May 2022 to August 2022. Several grievances prompted improvement to the meals. However, no such nutrient deprivations were admitted to by SPJ.

  b. Caffeinated beverages are not allowed.

Typically, entering a guilty plea, swiftly, results in a transfer to better conditions; release, alternative sentencing, minimum security or state prison.

**4.** Exacerbation of mental health symptoms; stress. Physical ailments. Mood and emotional disturbances.

**5.** a. Yes

  b. Yes

  c. Yes

  d. N/A

## CLAIM VII

1. The right to be free from punishment absent substantive due process of law.

2. Remote visitation.

3. In violation of state legislature, SPJ does not provide 1 hour of free **remote video** visitation per week.

4. Deprivation of emotional and spiritual support from family and friends. Exacerbation of mental health symptoms; stress.

5. a. Yes
   b. Yes
   c. Yes
   d. N/A

- 5-D -

# CLAIM VIII

**1.** The right to be free from coercion in participation of procedural due process of law.

**2.** Remote visitation.

**3.** In violation of state legislature, SPJ does not provide 1 hour of free remote video visitation per week.

**4.** Deprivation of emotional and spiritual support from family and friends. Exacerbation of mental health symptoms; stress.

**5.** a. Yes

b. Yes

c. Yes

d. N/A

# CLAIM IX

1. The right to be free from coercion in participation of procedural due process of law.

2. Daily routine.

3. SPJ, under leadership of the CBSCC, maintains conditions for pretrial, general population, detainees as follows:

The schedule alternates between two formats, daily: On format 'A', inmates are on lock-down until 0730 hours. At that time, 'dayroom' commences for three and one-half hours. At 1915 hours, 'dayroom' commences for one hour. On format 'B', inmates are on lock-down until 1300 hours. At that time, 'dayroom' commences for three hours. At 2030 hours, 'dayroom' commences for one and one-half hours.

4. Exacerbation of mental health symptoms; stress. Circadian rythm disruption. Prevention of static daily routine. Physical ailments.

5. a. Yes
   b. Yes
   c. Yes
   d. N/A

- 5-F-

## CLAIM X

1. The right to be free from punishment absent substantive due process of law.

2. Daily routine.

3. SPJ, under leadership of the CBSCC, maintains conditions for pretrial, general population, detainees as follows:

The schedule alternates between two formats. On format 'A', inmates are on lock-down until 0730 hours. At that time, 'dayroom' commences for three and one-half hours. At 1915 hours, 'dayroom' commences for one hour. On format 'B', inmates are on lock-down until 1300 hours. At that time, 'dayroom' commences for three hours. At 2030 hours, 'dayroom' commences for one and one-half hours.

4. Circadian rythm disruption. Prevention of a static daily routine. Exacerbation of mental health symptoms; stress. Physical ailments.

5. a. Yes
   b. Yes
   c. Yes
   d. N/A

## CLAIM XI

1. The right to be free from the infliction of cruel and unusual punishment
2. Daily routine.
3. SPJ, under leadership of the CBSCC, maintains conditions for inmates as follows:

   The schedule alternates between two formats. On format 'A', inmates are on lock-down until 0730 hours. At that time, 'dayroom' commences for three and one-half hours. At 1915 hours, 'dayroom' commences for one hour. On format 'B', inmates are on lock-down until 1300 hours. At that time, 'dayroom' commences for three hours. At 2030 hours, 'dayroom' commences for one and one-half hours. The alternations occurs daily.
4. Circadian rythm disruption. Prevention of a static daily routine. Exacerbation of mental health symptoms; stress. Physical ailments.
5. a. Yes
   b. Yes
   c. Yes
   d. N/A

- 5-H -

## CLAIM XII

1. The right to have full use of cognitive faculties in participation of due process of law.

2. Daily routine.

3. SPJ, under leadership of the CBSCC, maintains conditions for pretrial, general population, detainees as follows:

The schedule alternates between two formats, daily. On format 'A', inmates are on lock-down until 0730 hours. At that time, 'dayroom' commences for one hour. On format 'B', inmates are on lock-down until 1300 hours. At that time, 'dayroom' commences for three hours. At 2030 hours, 'dayroom' commences for one and one-half hours.

4. Cognitive impairment; difficulty with memory, judgement, concentration and focus.

5. a. Yes
   b. Yes
   c. Yes
   d. N/A

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I respectfully request that each issue raised in this complaint be fully investigated. That any individuals responsible for wrongdoing be discovered and held to answer for their actions or inactions. That all instances of coercion, punishment of pretrial detainees, attempts to impair pretrial detainees' cognitive function, and/or cruel and unusual punishment be terminated immediately. Furthermore, any other relief as the court deems just and equitable.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___9/28/2022___

DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.