UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY JAMES MCCLUNG,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA BOARD OF STATE AND COMMUNITY CORRECTIONS et al.,<br><br>    Defendants. | No. 2:22-cv-1740 TLN DB P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on October 3, 2022. (ECF No. 1.) On April 5, 2023, the court dismissed the complaint for failure to state a claim, with leave to file an amended complaint. (ECF No. 11.) Plaintiff filed a first amended complaint on June 1, 2023. (ECF No. 18.) Twenty days later, on June 21, 2023, he requested permission to file a second amended complaint. (ECF No. 19.)

A party may amend its pleading once as a matter of course no later than twenty-one days after serving it, or "if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. 15(a)(1). After this period, it may do so "only with the

////

opposing party's written consent or the court's leave." Id. 15(a)(2).  "The court should freely give leave when justice so requires." Id.

Plaintiff states that he wishes to file a second amended complaint to remove language indicating that he is suing defendants solely in their official capacities.  (ECF No. 19.)  He also states that, between May 21 and May 27, 2023, his cellmate "became increasingly agitated" and "battered" him in an unreported incident, causing plaintiff "a profound level of stress" while he was preparing the first amended complaint.  (Id.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend (ECF No. 19) is granted.
2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice.  The second amended complaint must bear the docket number assigned this case and must be labeled "Second Amended Complaint."

Dated:  July 27, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:15
DB/DB Prisoner Inbox/Civil Rights/R/mccl1740.mta