UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY JAMES McCLUNG,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA BOARD OF STATE AND COMMUNITY CORRECTIONS, et al.,<br><br>Defendants. | No. 2:22-cv-01740 TLN DB P<br><br><br><br>ORDER |

Plaintiff has requested an extension of time to file a third amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 25) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file a third amended complaint.

Dated:  February 26, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:16
DB/DB Prisoner Inbox/Civil Rights/R/mccl1740.36amcext

1