UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY JAMES McCLUNG, | No. 2:22-cv-01740 TLN SCR P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA BOARD OF STATE AND COMMUNITY CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. By order filed June 9, 2025, plaintiff's third amended complaint was screened and he was given the option of amending the complaint or proceeding immediately on cognizable claims only. (ECF No. 33.) Plaintiff has now notified the court that he would like to amend the complaint. (ECF No. 34.) In addition, plaintiff has requested a reasonable accommodation for extra time or for the prison to let him use its ADA computer. (Id.) The undersigned will grant plaintiff extra time.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for reasonable accommodation (ECF No. 34) is GRANTED.

2. Plaintiff shall have ninety (90) days from the service of this order to file an amended complaint as outlined in the screening order dated June 9, 2025. Plaintiff is reminded that he may submit filings in any written form, including typed, printed, handwritten, or a combination thereof, so long as his papers are legible. Plaintiff may file a request for extension of

1

time before the relevant deadline expires.

3. If plaintiff fails to file an amended complaint, the case will proceed on the third amended complaint, as screened, and it will be recommended that plaintiff's claims against defendants Doe BSCC, Doe Supervisors, Doe Officers, Bell in his individual capacity, and Powers in his individual capacity, be dismissed without prejudice.

4. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

DATED: July 15, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE