UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY JAMES McCLUNG,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA BOARD OF STATE AND COMMUNITY CORRECTIONS, et al.,<br><br>Defendants. | No. 2:22-cv-1740 TLN SCR P<br><br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file a fourth amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 36) is granted; and

2. Plaintiff is granted seven days from the date of this order in which to file a fourth amended complaint.

DATED: October 28, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE