UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY JAMES MCCLUNG,<br>Plaintiff,<br>v.<br>PLACER COUNTY, et al.,<br>Defendants. | No. 2:22-cv-01740 TLN SCR P<br><br>ORDER |

On July 6, 2026, Defendant Placer County filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b). ECF No. 43. Plaintiff has failed to file a timely response to the motion. See Local Rule 230(*l*) (oppositions due not more than twenty-one days after the date of service of the motion). In light of Plaintiff's pro se status, the undersigned sua sponte grants him an additional twenty-one days to respond to defendants' motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted an additional twenty-one (21) days from the date of service of this order to submit a response to defendants' motion to dismiss. Plaintiff is advised that a failure to file an opposition may be deemed a waiver of any opposition to the granting of the motion. Local Rule 230(l).

////

////

2. Defendants may file an optional reply within fourteen (14) days after the filing of plaintiff's opposition.

DATED: August 10, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE