UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY JAMES MCCLUNG, Plaintiff, v. PLACER COUNTY, et al., Defendants. | No. 2:22-cv-1740 TLN SCR P<br><br>ORDER |

Plaintiff has requested an extension of time to file an opposition to Defendants' September 11, 2026, motion to dismiss. ECF No. 52. Plaintiff has also requested a copy of the Docket in this action. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 52) is granted.

2. Plaintiff shall file an opposition to Defendants' motion to dismiss by October 30, 2026. Any reply shall be filed and served in accordance with Local Rule 230(*l*).

3. As a one-time courtesy, the Clerk of the Court is directed to send Plaintiff a printout of the Docket in this action.

DATED: October 13, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE